RECEIVED APR 10 2008
CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BRADFORD C. PATRICK
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

April 9, 2008

BY HAND
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Escalet v. City of New York, et al., 08 CV 96 (SHS)

Dear Judge Stein:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York ("City") in the above-referenced matter. I am writing with the consent of plaintiff's counsel, Andrew F. Plasse, Esq., to respectfully request an enlargement of time, from April 14, 2008 to May 9, 2008 within which defendant City may answer or otherwise respond to the complaint and for a corresponding adjournment of the initial conference currently scheduled for April 25, 2008 at 10:30 a.m. to a date after the City has responded to the complaint. This is the City's second request for an extension of time to respond to the complaint.

    The reason for this request is that, only today, this office received from plaintiff the executed designation of the Corporation Counsel as plaintiff's agent for release of records sealed pursuant to N.Y. Crim. P. Law § 160.50 ("§ 160.50 release"). This release had been forwarded to plaintiff by mail on February 11, 2008 and again on March 11, 2008. The § 160.50 release had also been requested by the undersigned by telephone call to plaintiff's counsel. Plaintiff alleges in the amended complaint that he was subjected to, inter alia, false arrest and excessive force. Pursuant to N.Y. Crim. P. Law § 160.50, all official records concerning the arrest and/or prosecution of plaintiff were sealed by court order upon the termination of the criminal action. Before we are able to respond to the complaint, we will need to obtain these records, which, until today without the release, we have been unable to access. The enlargement of time will enable us to process the release received today and properly evaluate the case.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendant City's time to answer or otherwise respond to the complaint until May 9, 2008, ~~and granting a corresponding adjournment of~~ the initial conference currently scheduled for April 25, 2008 ~~to a date after the City has responded to the complaint~~ is adjourned to May 9, 2008, at 10:30 a.m. SO ORDERED 4/10/08

*/s/ Sidney H. Stein*
SIDNEY H. STEIN

Thank you for your consideration in this regard.

              Respectfully submitted,

              Bradford C. Patrick
              Assistant Corporation Counsel
              Special Federal Litigation Division

cc: BY FAX AT (212) 402-7737
   Andrew F. Plasse
   Attorney for Plaintiff
   352 7th Avenue, Suite 402
   New York, NY 10001