```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALBERT ESCALET,                              :      08 Civ. 96 (SHS)

                Plaintiffs,         :

   -against-                                 :      ORDER

THE CITY OF NEW YORK, *ET AL.*,              :

                Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The next conference is scheduled for June 27, 2008, at 10:00 a.m.; and

    2.    The last day for completion of all discovery is August 29, 2008.

Dated: New York, New York
       May 9, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.