

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**BRADFORD C. PATRICK**
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

**MEMO ENDORSED**

August 4, 2008

BY FAX at (212) 805-6724
The Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The conference will be cancelled if the Stip is received in advance of the conference.*

*7/Maas, USMJ,*
*8/4/08*

Re: Albert Escalet v. City of New York, et al., 08 CV 96 (SHS)(FM)

Dear Magistrate Judge Maas:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York in the above-referenced matter. After speaking with plaintiff's counsel earlier this morning, I am writing to inform the Court that plaintiff has agreed to voluntarily withdraw this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). A stipulation of voluntary dismissal will be filed with the Court shortly. Accordingly, I write on behalf of the parties to request that the settlement conference currently scheduled for August 7, 2008 at 10:30 a.m. be cancelled as moot.

    Thank you for your consideration in this regard.

Respectfully submitted,

Bradford C. Patrick
Assistant Corporation Counsel
Special Federal Litigation Division

CC: BY FAX at (212) 239-0911
Andrew F. Plasse, Esq.
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08