UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ALBERT ESCALET,

                                                             Plaintiff,    **STIPULATION OF**
                                                             **DISMISSAL PURSUANT TO**
          -against-                                   **FED. R. CIV. P. 41(a)(1)(A)(ii)**

THE CITY OF NEW YORK and POLICE OFFICERS    08 CV 96 (SHS)(FM)
JOHN DOES 1-3 in their individual and official capacities
as Police Officers employed by the City of New York,

                                             Defendants.

------------------------------------------------------------ x

       WHEREAS, plaintiff Albert Escalet commenced this action by filing a complaint on or about January 7, 2008, alleging that defendants violated his rights under federal and state law;

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the counsel for plaintiff, Andrew F. Plasse, Esq., and the counsel for defendant the City of New York, that all claims set forth in the complaint are withdrawn without prejudice.

Dated: 8/4/08

New York, NY

Andrew F. Plasse, Esq.                      MICHAEL A. CARDOZO
Attorney for Plaintiff                          Corporation Counsel of the
352 7th Ave., Suite 402                         City of New York
New York, NY 10001                            Attorney for Defendants
(212) 695-5811                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 788-1575

By: _Andrew Plasse_                         By: _Bradford C. Patrick_
      Andrew Plasse, Esq.                          Bradford C. Patrick
                                                   Assistant Corporation Counsel

SO ORDERED: 8/5/08                           8/5/08

_UNITED STATES DISTRICT JUDGE_           Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08